UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BRUCE TIZES,<br><br>             Plaintiff,<br><br>    -against-<br><br>ANDELA, INC.<br><br>             Defendant. | Case No. _____<br><br>**COMPLAINT AND JURY DEMAND** |

Plaintiff Bruce Tizes, by and through his attorneys, Emery Celli Brinckerhoff Abady Ward & Maazel LLP, for his Complaint alleges as follows:

## ANDELA COMMITS FINANCIAL FRAUD, THEN FIRES A CFO WHISTLEBLOWER

1.      Dr. Bruce Tizes is a physician, law school graduate, tech investor, and the former interim Chief Financial Officer of Andela, Inc. ("Andela" or "the company").

2.      Beginning in 2014, Dr. Tizes helped build Andela from the ground up with his friend, co-founder and former Chief Executive Officer Jeremy Johnson. Dr. Tizes invested in Andela's seed round in 2014 and rejoined the company in 2021, having discussed with Johnson serving another ten years at the company. Dr. Tizes was substantially invested in Andela—literally and figuratively. He was not only employed by the company, but also had substantial investments and stock options granted to him as an employee.

3.      Dr. Tizes also cared deeply about Andela. He believed in Andela's mission to educate young people in the developing world, primarily in Africa, in information technology ("IT") and computer science skills, and place them in valuable positions with American companies. As an investor focused on sustainable social impact, Dr. Tizes was committed to Andela's success.

4.      Yet as Andela grew, the voices and desires of venture capitalists and institutional investors began to drown out Andela's social mission. Although Andela had always focused on sustainable expansion and social good, the demands of venture-scale growth began to take over. And Andela fell into a morass of financial fraud in an effort to keep pace with these demands.

5.     When Dr. Tizes rejoined Andela, unbeknownst to him, the company was in financial disarray. After the then-serving CFO abruptly resigned, Mr. Johnson asked Dr. Tizes to step in as interim CFO.

6.     As interim CFO, Dr. Tizes learned that Andela did not have accurate financial and accounting controls in place. He learned Andela was deliberately obscuring its gross profit margin and gross revenue. He learned that Andela had substantially overstated its revenue and gross profit margin to investors in financial documents, including projections for its Series E funding round. He learned that incorrect numbers had formed the basis of Andela's 409A valuation.

7.     Dr. Tizes repeatedly (orally and in writing) reported these fraudulent practices and inaccurate financial statements to CEO Jeremy Johnson. As just one example, in his 2022 end-of-year self-evaluation submitted to and reviewed by CEO Johnson, Dr. Tizes noted that he had "identified incorrect absolute and relative gross profit margin calculations, reported to CEO."

8.     Yet it eventually became clear to Dr. Tizes that Andela was never going to correct false financial statements made to investors. To the contrary, members of Andela's Board, including Alex Finkelstein, castigated Dr. Tizes for refusing to use the inaccurate and misleading financials in estimating Andela's value during a mergers and acquisitions ("M&A") deal.

9.     This was the turning point for Dr. Tizes. He knew that his internal reports alone were never going to spur Andela to do right by its investors or its key employees. He had to take action. Dr. Tizes then reported Andela's securities fraud to the Securities and Exchange Commission ("SEC").

10.     Shortly thereafter, Andela terminated Dr. Tizes from his job.

11.     Dr. Tizes' termination was blatant retaliation for his repeated reporting of Andela's fraudulent business practices, including practices aimed at investors and at key employee option-holders, both internally and to the SEC. As such, Dr. Tizes' termination is unlawful.

12.     As a result, Dr. Tizes has suffered tens of millions of dollars in damages.

## PARTIES

13.     Plaintiff Bruce Tizes, MD, JD, MPH, is a graduate of the Chicago Medical School (MD), the Northwestern Pritzker School of Law (JD), and the Yale School of Public Health (MPH). Dr. Tizes is also a former hedge fund manager and an investor and he has experience with building and investing in startups. Dr. Tizes lives in New York City and travels frequently working in medicine for indigenous people.

14.     Defendant Andela Inc. is an American startup founded in May 2014 by Jeremy Johnson and others. Andela is incorporated in Delaware and maintains its principal place of business at 580 Fifth Avenue, Suite 820, New York, New York 10036. Andela is a private marketplace for technical talent: it provides education to people living overseas (primarily in Africa) as IT technologists and delivers remote IT professionals to businesses located primarily in the United States.

## JURISDICTION

15.     This Court has subject matter jurisdiction over Plaintiff's federal claim pursuant to 28 U.S.C. § 1331 because this action arises under the 2010 Dodd-Frank Wall Street Reform and Consumer Protection Act ("Dodd-Frank"), 15 U.S.C. § 78u-6.

16.     This Court has supplemental jurisdiction over Plaintiff's state law claim pursuant to 28 U.S.C. § 1367, because this claim forms part of the same case or controversy as Plaintiff's federal claim.

17.     Venue lies in this Court pursuant to 28 U.S.C. § 1391(b) because Defendant Andela resides in this judicial district and a substantial part of the events or omissions giving rise to this claim occurred in this judicial district.

18.     Dr. Tizes was paid by Andela in this judicial district.

19.     Both Andela and Dr. Tizes operated from, and were geographically located in, this judicial district when Dr. Tizes received the April 2023 Letter purporting to convert Dr. Tizes into a part-time employee and terminating him effective December 2023.

20.     Both Andela and Dr. Tizes operated from, and were geographically located in, this judicial district when they communicated following receipt of the April 2023 Letter.

3

21.      Dr. Tizes operated from, and was geographically located in, this judicial district when Dr. Tizes was terminated in July 2023.

22.      Under Dr. Tizes' employment agreement, any action, suit, or other legal proceeding relating to the employment agreement shall be commenced only in a court of the State of New York, including, if appropriate, a federal court located within New York.

**JURY DEMAND**

23.      Plaintiff demands a trial by jury in this action.

**FACTUAL ALLEGATIONS**

**I.       Bruce Tizes and Andela**

24.      Dr. Bruce Tizes' career has focused on global social impact. In addition to being an investor focused on seed and early private equity funding in companies that have a positive, sustainable social impact, Dr. Tizes is also an emergency room physician and has worked in medicine for over thirty years. Dr. Tizes also holds a law degree from Northwestern Pritzker School of Law and a master's degree in public health from the Yale School of Public Health.

25.      Dr. Tizes has experience in investing and equity trading.

26.      For more than ten years, Dr. Tizes was the principal of hedge fund Galt Capital.

27.      His experience in investing and hedge fund management has given him familiarity with financial statements and financial models.

28.      As part of his efforts to support companies with sustainable social missions, Dr. Tizes became involved with Andela at its earliest stages, when co-founder Jeremy Johnson, Dr. Tizes' friend, and later Andela's CEO, was just beginning to create the company.

29.      Andela began as, and remains, an information technology services company. Andela offers training and job placement for technologists, primarily in Africa, to provide services for companies largely in the United States. Andela has built opportunity for individuals throughout the world to gain access to well-paying jobs.

30.     At the outset, Andela's education mission went hand and hand it with its staffing function. Its mission was to educate extraordinary young people in the developing world by equipping them with information technology ("IT") and computer science skills. CEO Johnson had a background in this so-called "EdTech" field.

31.     After rigorous training at Andela, these young IT consultants were placed in relatively high-paying remote positions, typically with leading American companies.

32.     These opportunities dramatically increased Andela IT workers' incomes and had a transformative impact on their families and communities.

33.     As a person who strongly values sustainable social impact, Dr. Tizes believed—and still believes—wholeheartedly in Andela's mission.

34.     In May 2014, Andela was globally formed.

35.     That year, Dr. Tizes worked closely with Mr. Johnson to help structure Andela from the ground up. Mr. Johnson had a powerful idea and Dr. Tizes wanted to use his finance, business, and investment experience to help him operationalize it.

36.     Dr. Tizes worked closely with Mr. Johnson and was retained by Andela for six months, functioning as Andela's first chief strategist.

37.     Dr. Tizes built Andela's first financial model from scratch. He advised the Andela team on the nuances of building and running an IT staffing business.

38.     Dr. Tizes had expertise in this area: among his other pursuits, he had previously helped create and build an IT company in India about a decade earlier that had a similar structure.

39.     Also in 2014, Andela first offered to sell securities in a "Friends and Family" seed investing round.

40.     Dr. Tizes was one of Andela's earliest "Friends and Family" investors and invested in Andela's seed round in 2014.

41.     After six months, Dr. Tizes stopped working at Andela as an employee because of time constraints. Andela requested Dr. Tizes invest more of his time and energy into building the company, but Dr. Tizes needed to reserve adequate time for his family, particularly his three children.

42.     Nonetheless, after he left Andela as an employee, Dr. Tizes continued to serve as an advisor from time to time until 2021. He remained friends with Mr. Johnson.

43.     During that time, Andela grew.

44.     In 2016, Andela raised $24 million in a round led by the Chan Zuckerberg Initiative.

45.     It raised money on the promise of building an innovative instructional model.

46.     By 2019, Andela had trained tens of thousands of individuals in Africa, primarily in Nigeria and Kenya.

47.     In 2019, Andela completed a $171 million venture capital funding round.

48.     Around this same time, Andela terminated approximately 250 entry-level consultants in Nigeria and Uganda and approximately an additional 170 in Kenya.

49.     After 2019, Andela drastically shifted its focus. It no longer prioritized its educational function of training promising young individuals as IT consultants. It substantially abandoned its educational mission.

50.     In 2021, Dr. Tizes returned to Andela as an employee.

51.     Dr. Tizes made the decision to return after extensive discussions with CEO Johnson and meaningful discussions with CFO Akash Bhatia. Dr. Tizes rejoined Andela as an employee because of his deep affection for the company's global social impact, his strong respect for CEO Johnson's leadership and vision, and his desire to be of service to an organization that empowers talented individuals around the world. These values aligned with his values.

52.     On June 7, 2021, Dr. Tizes executed an offer letter.[1]

53.     Dr. Tizes' title upon his return was "Vice President Strategy."

---

[1] The offer letter has no arbitration clause. Dr. Tizes has never been bound by an arbitration agreement relative to his employment at Andela.

54.     In his offer letter, Dr. Tizes' salary was set at $200,000 per year, with a $50,000 discretionary bonus. He was granted an option to purchase up to 150,000 shares of Andela stock, to begin vesting on August 1, 2022, and fully vest by August 1, 2026.

55.     Mr. Johnson and Dr. Tizes discussed that he be awarded additional option grants at various times going forward.

56.     This did occur: Dr. Tizes was awarded 90,005 options on May 10, 2022, 70,041 options on May 9, 2022, another 150,000 options on October 27, 2022, and another 90,005 options that same day. But Dr. Tizes was later terminated before any of these grants fully vested.

57.     Both Andela and Dr. Tizes understood that Dr. Tizes' compensation would be significantly weighted towards options, rather than cash.

58.     Approximately one month before executing his offer letter, Dr. Tizes spoke to Mr. Johnson and then-CFO Akash Bhatia. They informed Dr. Tizes that his Andela stock options were then worth approximately $10 each (based on the fair market value of the shares, less exercise price). At that price, if fully vested, Dr. Tizes' employee option grants would be worth over $3 million.

59.     At the time, Dr. Tizes anticipated working at Andela for ten years. He and Mr. Johnson discussed having a ten-year run together.

60.     They also discussed that the company was serious about an initial public offering in the near future.

**II.     Andela's Securities Fraud**

**A.  Andela's Series E Funding Round**

61.     At the time Dr. Tizes resumed working for Andela in 2021 as Vice President Strategy, Andela was engaged in its Series E funding round, led by Andela's Board of Directors, CEO Johnson, and CFO Akash Bhatia.

62.     In or around the Summer of 2021, while Dr. Tizes was still VP Strategy and before he had been appointed interim CFO, Andela issued its consolidated financial statements for the years ending

December 31, 2020 and December 31, 2019, as well as an independent auditor report and financial forecast.

63.    In his position as VP Strategy, Dr. Tizes had no role in preparing these financial documents.

64.    Upon information and belief, at CFO Bhatia's direction, these reports were prepared by Andela's Financial Planning & Analysis ("FP&A") department and by Andela's Revenue Operations lead.

65.    In or around August 2021, Andela published these financial statements, including its income statements and forecasts, to potential investors and prepared its Series E offering documents.

66.    In addition to the financial statements from 2020 and 2019, the documents provided to potential investors included forward-looking forecasts.

67.    Dr. Tizes had no involvement with preparing the financial documents provided to potential investors as part of Andela's Series E round.

68.    Dr. Tizes later discovered that both the 2020 and 2019 financial statements and the forward-looking forecasts materially overstated Andela's gross revenue, gross profit margin, gross profits and forecasts.

69.    Dr. Tizes was never authorized to re-do the 2020 and 2019 financial statements, but uncovered fraudulent practices, *see infra* ¶ 88, that led these financial statements to inflate Andela's revenue by at least a factor of three, artificially depress expenses, and correspondingly overstate Andela's gross profit margin.

70.    The forecasts were also wildly inaccurate. Upon information and belief, the projected gross profit margin for 2022 was 43%, but the actual gross profit margin calculated at the end of 2022 was approximately 30%. This 30% decrease from projections to actuals could not be based on market forces alone.

71.    On information and belief, these financial statements and forecasts also formed the basis of Andela's 409A valuations over time. Because the financial statements and forecasts overstated Andela's gross revenue and gross profit margin, Andela's 409A valuation overvalued the company.

72.    Before the Series E offering, Andela had raised approximately $180 million.

73.    Andela's Series E (and secondary offering) closed in or around October 2021.

74.    Andela raised approximately $200 million during its Series E and secondary.

75.    Upon information and belief, CFO Bhatia personally sold approximately $1 million worth of his own Andela equity in the Series E secondary offering.

76.    Shortly thereafter, CFO Bhatia unexpectedly resigned as CFO.

**B.    Dr. Tizes Assumes the Role of CFO and Identifies Andela's Financial Disarray and Inaccurate Financial Reports**

77.    In fall 2021, after CFO Bhatia's abrupt resignation and soon after the Series E round, Mr. Johnson asked Dr. Tizes to assume the role of interim CFO.

78.    At this point, Mr. Johnson believed Dr. Tizes was the member of the senior team best suited to take on this responsibility given his long history with Andela and familiarity with its finances.

79.    Dr. Tizes was generally familiar with the financial practices of an IT services company given his prior experience building a similar company previously.

80.    In December 2021, Dr. Tizes assumed his role as acting CFO.

81.    As acting CFO, Dr. Tizes was newly in charge of Andela's Finance department. The CFO led three Andela divisions: FP&A, Accounting, and Legal.

82.    Andela's FP&A department was responsible for Andela's forward-looking financial statements and the integrity of the entire department, whereas Accounting was responsible for summaries and reports of Andela's actual financial transactions and performance.

83.    As part of his role as acting CFO, Dr. Tizes was also responsible for making reports to the Board about Andela's financial state.

84.     In or around the beginning of 2022, shortly after assuming the acting CFO role, Dr. Tizes began to realize that Andela's Finance Department was in disarray. Specifically, Dr. Tizes came to learn that Andela had no reliable means of correctly calculating certain key metrics, such as cost of goods sold and gross revenue, and its stated gross profit margins were not reliable or accurate.

85.     Over the course of 2022, Dr. Tizes came to realize that Finance was nearly entirely nonfunctional. It had no usable financial models, it was booking revenue incorrectly, and it was not using generally accepted accounting principles ("GAAP") to calculate gross revenue, gross profit margin, and cost of goods sold ("COGS").

86.     Dr. Tizes became aware that the Revenue Department maintained a separate set of books that did not correctly reconcile with the ledger record.

87.     Dr. Tizes believed that inadequate financial and management controls permitted these problematic activities to fester. As a result, Andela was substantially misstating its gross revenue, gross profit margin, gross profits, and future expectancies.

88.     Over the course of 2022, Dr. Tizes identified that Andela was engaging in the following fraudulent practices, the net result of which was to overstate its gross revenue, gross profit margin, and future expectancies.

    a.     **Principal–Agent Revenue Falsification by Failure to Adopt Marketplace Metrics.**
Beginning in approximately 2019, when Andela shifted its business model to hire Talent as independent contractors, the company substantially functioned as an agent, acting as a staffing intermediary rather than a principal supplying service. According to a former Andela executive, Andela "operated as a staffing agency intermediary marketplace." In this role, Andela should have reported revenue on a net basis, recognizing only that fraction of total transaction value retained by the company. However, Andela continued to record the full gross billable amounts to clients as company revenue, inflating Annual Recurring Revenue ("ARR") and gross revenue figures. These misstatements misled

investors, creditors, and other stakeholders by significantly exaggerating Andela's financial performance.

b. **Fictitious Revenue Creation.** Andela prematurely and fictitiously recorded unearned revenue. Specifically, it prospectively billed clients for services not yet rendered—such as invoicing for an upcoming month rather than the prior month—and issued invoices for "soft launches" that were later credited back. This scheme created the illusion of higher revenue and distorted gross profit margins, masking operational performance and producing materially inaccurate financial statements.

c. **Fictitious Revenue Retention.** Andela concealed client churn, a common feature of the IT staffing industry. For example, Andela persuaded clients to delay contract terminations until March instead of February, *e.g.*, refunding the March invoice to delay recognition of churn. This tactic artificially inflated ARR. Inadequate internal controls contributed to this practice, including permitting the Revenue Department (Sales) team to report its own sales rather than segregating sales and financial reporting.

d. **Improper Calculation of Gross Profits and Gross Profit Margin.** Andela misallocated and deferred payroll expenses to inflate profitability in violation of GAAP. Using the Deel payroll platform, Andela shifted recognition of current-month consultant payroll expenses into subsequent periods, understating COGS in the current period and overstating gross profit. By systematically delaying payroll expenses, Andela produced financial statements that did not reflect true operational costs and materially misled investors and other stakeholders.

89.     These practices had the same result: inflating the appearance of Andela's revenue, depressing Andela's expenses, and, as a result, misstating Andela's profit.

90.     Identifying these aberrant practices over the course of 2022 led Dr. Tizes to realize that Andela was lying to its investors about the company's profitability. Because of the myriad fraudulent financial practices that artificially inflated Andela's revenue and decreased its expenditures, Dr. Tizes

determined that the gross profit margin in Andela's 2019 and 2020 income statements and forward-looking financial projections were inflated by a substantial margin and/or materially inaccurate. Andela provided these income statements and projections to potential investors in Andela's Series E round to encourage them to invest.

91.    Dr. Tizes was never authorized to redo the 2019 and 2020 financial statements, so it is impossible for him to state precisely just how much these income statements misrepresented Andela's revenue or GPM.

92.    However, Dr. Tizes' concerns became clear when 2021 projections, calculated using these incorrect and/or fraudulent finance practices, were significantly wrong, and did not account for material risks.

93.    Upon information and belief, the 2021 and 2022 projections forecasted a 43% gross profit margin.

94.    However, once Dr. Tizes instituted reforms in the FP&A and Accounting departments and the new head of FP&A corrected Andela's finance methodologies, the GPM in 2022 was found to be near 30%.

95.    Even challenging market conditions could not account for this significant, 30% divergence from projections.

96.    Rather, the projections were from the start "creative" and artificially inflated, as was the historical data from 2019 and 2020 based on these fraudulent finance practices.

97.    Carta performed Andela's 409A valuation in 2021 and from time to time, relied on the company's inaccurate historical income statements and projections in determining Andela's 409A valuation. Because the 409A valuation relied on inaccurate revenue, gross profit margins, gross profits, and forecasts assumptions, among other things, it valued Andela too highly.

98.    In other words, Andela's financial documents made Andela look significantly more valuable than it actually was.

99.    What was more, the higher (inaccurate) gross revenue and gross profit margins made it appear to investors as though Andela's long-term prospects would be particularly attractive, because the inaccurate financial reports misrepresented Andela's velocity of growth. In other words, the inaccurate reports suggested that Andela was growing and would continue to grow as time went on in a way that was intended to be attractive to technology investors.

100.    Once the company's financial fraud had become clear to him, Dr. Tizes realized that the company he loved, admired, and had helped build was in serious trouble financially, and he was now at the helm of a department in disarray.

101.    He likewise came to realize that the financial statements and projections provided to Series E investors, which were developed with deeply problematic finance and accounting practices, were inaccurate.

102.    Upon information and belief, Andela maintained a deceptive set of Revenue Department books, separate from the Company's official accounting ledger. These forecasts relied on inflated revenue recognition tactics and therefore incorporated unsustainable growth rates and implausible assumptions. The forecasts lacked a reasonable basis. The misrepresentations were material and directly influenced investment decisions. Investors relied on these false forecasts, exposing them to significant financial risk and damages.

103.    Dr. Tizes also realized that Andela's new cadre of venture capitalist leaders wanted to keep growth, gross revenue, and gross profit margins high. They had institutionalized fraudulent practices, including by approving unrealistic financial forecasts while ignoring disclosures of material weaknesses, either through grossly negligent or intentional conduct.

104.    Dr. Tizes spearheaded reforms to Andela's accounting and finance practices and took steps to clean house in FP&A.

105.    Yet despite Dr. Tizes' urging, Andela never corrected its previous, inaccurate reports, and indeed continued to use them. Andela refused Dr. Tizes' request to correct the record.

C.  **Throughout 2022, Dr. Tizes Internally Reports Concerns of Andela's Inaccurate Financial Statements**

106.    Over the course of 2022, Dr. Tizes learned about Andela's deficient finance and accounting practices and the resulting inaccuracies in the financial statements and projections that significantly overstated Andela's gross revenue, gross profit margin, and gross profits, among other things, all in real time. What he learned was later corroborated by a Deloitte audit and/or by the work of the new finance professionals with extensive experience in financial planning & analysis whom Dr. Tizes hired to reconstruct Andela's FP&A department.

107.    Over the course of 2022, the information that Dr. Tizes reported to CEO Jeremy Johnson and the Board was consistent with what he knew at the time—the fullest picture did not form until the fall of that year.

108.    In or around February 2022, soon after assuming the temporary CFO role and beginning to identify these issues, Dr. Tizes alerted Mr. Johnson in writing that Andela's 2022 revenue as forecasted during 2021 was unlikely to be met. He highlighted the finance and accounting errors rampant in the Finance department and how these errors were producing an inaccurate COGS calculation.

109.    Mr. Johnson informed Dr. Tizes in no uncertain terms that, as temporary CFO, his job was to hold things together—not to make changes and not to rock the boat.

110.    Shortly after this discussion, Mr. Johnson provided an exemplary personnel review of Dr. Tizes, stating that he "far exceeds expected impact" and detailing his positive contributions across many sectors of the company, including finance.

111.    Dr. Tizes reiterated his concerns in or around March 2022.

112.    He wrote to Mr. Johnson on March 15, 2022, "we should consider restating year 2022 projections," due to the same concerns he had previously raised—including that "gross profit margin will likely be appreciably lower than predicted."

113.    Dr. Tizes also warned Mr. Johnson that Andela's gross profit margin would likely be significantly lower than the 43% gross profit margin in the 2022 projections. Dr. Tizes warned that, in

real terms, if the profit margin was about 5% lower than forecasted, that would constitute a gross profit shortfall of over $11 million.

114.    Throughout the spring of 2022, and thereafter in 2022, Dr. Tizes had many detailed discussions with Mr. Johnson in which he raised these and other concerns.

115.    In these discussions, Dr. Tizes noted that the financial statements and projections provided to Series E investors were incorrect, and that these documents could not be honorably used by Andela in conducting its work.

116.    Again, Mr. Johnson advised Dr. Tizes not to rock the boat and rather to wait for a new CFO to be installed.

117.    However, Mr. Johnson did permit Dr. Tizes to bring on a new head of FP&A.

118.    Dr. Tizes recruited and hired Tisbe Galindo as head of FP&A.

119.    In March 2022, Ms. Galindo joined Andela.

120.    Shortly thereafter, the previous head of FP&A, Tosin Okojie, separated from Andela.

121.    Andela's Finance department saw a number of other terminations and separations shortly thereafter, largely for below-standard work performance.

122.    In 2022, Andela's Deloitte Audit Partner, Stefanie Starna, was dismissed and excluded by Andela's Board Audit Committee Chair for irregularities in her work.

123.    Later in 2023, Andela's Chief Revenue Officer was terminated.

124.    Despite Mr. Johnson's instructions to stay the course, Dr. Tizes continued to object to the false financial statements and projections and refused to use them.

125.    Dr. Tizes instructed Ms. Galindo, the new FP&A leader, to begin the process of correcting FP&A and to assist Accounting in improving its methodologies.

126.    Dr. Tizes was told Andela was planning an initial public offering in the near future. Accordingly, Dr. Tizes prioritized correcting Andela's financial reporting and forecasting methodologies to ensure it was in compliance with GAAP at the level of public company reporting as expressly directed by Mr. Johnson.

127.     To assist Ms. Galindo in these efforts, in or around April 2022, Dr. Tizes held detailed conversations with Mr. Johnson and Chief People Officer Vitri Bhandari about reorganizing to improve FP&A and Accounting.

128.     Mr. Johnson authorized a reorganization of the Finance department, including FP&A and Accounting.

129.     In or around April 2022, Dr. Tizes raised concerns about Andela's 409A valuation being inaccurate, since it was based on false and incorrect financial reports and projections that showed the incorrect gross profits, gross profit margins and gross revenue.

130.     Dr. Tizes recommended that Andela correct the financial statements and projections so that Carta would revise its 409A valuations and Andela's Board of Directors could consider truthful information.

131.     Andela did not do so and refused to allow Dr. Tizes to do so.

132.     In or around April 2022, investors began to raise concerns. SoftBank, the lead investor in Andela's Series E, raised questions about Andela's financials via its appointed Director on Andela's Board, Lydia Jett. Ms. Jett resigned from Andela's Board of Directors some time after Dr. Tizes told the CEO and the Board that Andela's financials were wrong.

133.     In or around May 2022, once the FP&A and Accounting reorganization had begun, Dr. Tizes informed Mr. Johnson that it would take six months for him to put Andela's financials and data into order—and that currently Andela had no reliable or functional financial models or financial reporting capacity.

134.     Throughout the summer of 2022, Dr. Tizes continued to escalate his concerns to the CEO and to Andela's Audit Committee Chairperson, Laurie Simon Hodrick. He reported that there were material misstatements in the income statements used for the Series E round. He reported that the material misstatements included incorrect COGS, gross profit margins, gross profits and booking of revenue, among other things. He reported that the 2022 forecasting prepared under Bhatia was based on figures derived from the same disastrous financial practices and assumptions that led to the inflated calculations.

135.    In or around July 2022, Mr. Johnson reported to Bank of America, which was considering helping Andela make its initial public offering, that Andela's gross profit margin was then 39%, and that it could be profitable by the end of 2023. Yet Dr. Tizes had informed him repeatedly that the gross profit margin was lower than that. Mr. Johnson ignored Dr. Tizes' warnings.

136.    In or around August 2022, Dr. Tizes identified an additional accounting error for years 2022 and 2021 and reiterated to Mr. Johnson that the gross profit margin was not calculated correctly in previous years. He wrote, "COGS is very likely not being correctly stated which means that the GROSS PROFIT MARGIN has also not been correctly stated. [F]or the avoidance of doubt, [I] am uncertain if our margins have been reported to you correctly over the years and expect a more coherent and reliable report to you soon."

137.    Dr. Tizes continued his efforts to correct Andela's financials, including by hiring and authorizing the hiring of the Connor Group—an experienced accounting consultancy—and directing Andela's Global Controller to improve nearly all accounting functions.

138.    In or around September 2022, Deloitte finalized and delivered its audit of Andela's accounting practices. Deloitte's report corroborated some of the structural weaknesses in accounting that Dr. Tizes had identified.

139.    In particular, the Deloitte audit highlighted that Andela was not doing proper bookkeeping of expenses and income, not exerting proper control of expenses across departments, not standardizing reporting around expenses and income, and not conducting proper forecasting. Deloitte's audit raised a high-level concern about Andela's accounting practices.

140.    In or around September 2022, shortly after receiving this report, Dr. Tizes informed Andela's in-house securities counsel about the Deloitte audit and the state of Andela's Finance department and the inaccuracies in the financial statements. He asked in-house securities counsel to work with Deloitte, FP&A, and Accounting to improve Andela's written policies and procedures and to identify these departments' weaknesses.

141.    Around the same time, Dr. Tizes also had conversations with Andela's global controller and the Deloitte audit partner who acknowledged that deficiencies existed in Andela's accounting and finance practices.

142.    In September 2022, Andela hired a new permanent CFO.

143.    Dr. Tizes left his role as acting CFO and returned to his position as VP Strategy.

144.    Before doing so, Dr. Tizes informed the Board that the Finance department would be prepared to present financial statements based on re-vamped finance and accounting processes as of January 2023.

145.    In or around December 2022, Dr. Tizes again reported Andela's false statements in crystal clear language to the CEO. In Dr. Tizes' self-review, he listed as some of his key achievements: "identified incorrect absolute and relative gross profit margin calculations, reported to CEO," "supervised correct COGS analysis," and "restructured FP&A" among other things.

146.    Upon information and belief, new CFO Pedersen continued on the path that Dr. Tizes had set in motion. Ultimately in January 2023, Ms. Galindo presented a forecast for 2023 based on more accurate profit and loss metrics, thanks to the reforms Dr. Tizes instituted in FP&A and Accounting and her hard work.

147.    Yet Andela still refused to correct its past false statements, including the past and/or future overstatements of its gross revenue, gross profit margin and gross profits provided to its Series E investors.

**D.  Qualified Acquisition**

148.    In or around July 2022, while he was still interim CFO, Mr. Johnson tasked Dr. Tizes with overseeing Andela's efforts to acquire another company called Qualified.

149.    Qualified was a platform that evaluated IT talent through real-world coding assessments, aiming to enable companies to identify top developers and for developers to educate themselves.

150.    Dr. Tizes was the main point of contact at Andela for the Qualified principals. He developed close working relationships with the Qualified principals. Dr. Tizes was instrumental to the

deal going through and/or was perceived by Mr. Johnson as being instrumental in landing the Qualified deal.

151.    Dr. Tizes remained responsible for the Qualified acquisition after returning to his role as Vice President Strategy in December 2022.

152.    Up until this time, Dr. Tizes had naively thought that he was making inroads in improving Andela's disastrous finance practices. He was hopeful that Andela would come to terms with its errors and correct its false statements to investors.

153.    Yet the circumstances surrounding the Qualified deal made it clear to Dr. Tizes that Andela had no intention of doing so. Rather, Andela's Board, particularly Director Alex Finkelstein, demanded that Tizes use Andela's incorrect financials.

154.    The Qualified acquisition deal was to be structured so that Andela purchased Qualified with consideration including a combination of cash and equity in Andela. As such, it was essential that Qualified and Andela both be clear on what Andela equity was worth. How to calculate the value of Andela equity thus became a pertinent question—and raised the specter of the inaccurate 2019 and 2020 financial statements and the forecasts that Andela still had yet to correct, despite Dr. Tizes' urging.

155.    Moreover, the Qualified deal required Board approval, and Board member Alex Finkelstein was very involved in pushing this deal through. Mr. Johnson and Mr. Finkelstein were pushing to get the deal done and they wanted it done by the end of the 2022 calendar year.

156.    Mr. Johnson requested that Dr. Tizes present the potential Qualified acquisition to a subset of the Board (including Finkelstein, Laurie Simon Hodrick, and Anthony Woolf).

157.    Dr. Tizes did so in December 2022.

158.    In his presentation to the Board, Dr. Tizes refused to use incorrect and/or unsupported Andela financial statements and projections.

159.    As the Board knew, updated financial projections based on revamped accounting and finance methodologies that Dr. Tizes had spearheaded were not yet ready, and they would not be ready until January 2023.

160.    The Board knew this because Dr. Tizes had informed the Board and the CEO repeatedly between April 2022 and December 2022 that the company's financials were in disarray, its historical financial statements and future projections were inaccurate in that they significantly overstated Andela's gross profit margin, among other things, and that he was working hard to revamp the company's accounting practices and finance structures, with the goal of producing reliable numbers by January 2023.

161.    The Board had accepted the January 2023 deadline.

162.    Despite knowing about the deficiencies in the financials, Board members Alex Finkelstein and Laurie Hodrick caused chaos in Dr. Tizes' December 2022 presentation. Mr. Finkelstein screamed at Dr. Tizes, asking why he would not use the (false) financial reports and forecasts. Mr. Finkelstein used foul and offensive language, pressuring Dr. Tizes to use historical financial statements and the forecasts produced by Bhatia's office to show what Andela's equity value looked like at that time, even when he knew the historical financial statements and projections were false.

163.    Dr. Tizes reminded Mr. Finkelstein that the financial statements were inaccurate and unusable. Yet this did not stop Mr. Finkelstein.

164.    On December 14, 2022, shortly after Dr. Tizes' presentation, Anthony Woolf, Al Gore's representative on the Board, emailed Mr. Johnson to criticize Dr. Tizes' presentation to the Board on the qualified deal.

165.    He wrote that he felt the Board "waste[d] quite a bit of energy on decks which aren't aligned to how people typically expect them," referring to the fact that Dr. Tizes' slide deck did not include the inaccurate financial statements.

166.    In other words, Mr. Woolf's email criticized Dr. Tizes for not using Andela's previous (incorrect) financial reports even though Dr. Tizes had explained to the Board in his presentation that those numbers were incorrect and overvalued Andela and could not be used.

167.    Dr. Tizes was astonished by how he had been treated, both in person and in writing, for urging that Andela do the right thing and use correct financial information in representing its valuation to Qualified.

168.    Dr. Tizes memorialized this experience in his 2022 self-evaluation, where he noted he had "difficult unfavorable interactions with certain members of [A]ndela's board of directors particularly related to presentation of financial statements, performance of finance and accounting departments."

169.    Mr. Johnson acknowledged that Dr. Tizes had had these difficulties, writing in response to Dr. Tizes' self-evaluation that "we ran into a handful of bumps, some of which may have been my fault relative to the length of time he sat in as interim CFO and how we approached that project."

170.    Dr. Tizes was further dismayed when, despite his repeated urgings, Andela refused to disclose to Qualified that Andela's Series E and 409A valuations were incorrect and overstated, and that the forecasts presented to the Series E investors were wrong. It was becoming clear to Dr. Tizes that Andela was never going to correct its inaccuracies—not to investors and not even to current or potential business partners.

171.    Dr. Tizes thus felt compelled to take the unusual step of informing Qualified's principals himself that they should form their own conclusions as to Andela's value. Dr. Tizes informed Qualified that they may not rely upon him or Andela's 409A for any statements as to Andela's true value.

172.    On February 9, 2023, Dr. Tizes wrote to Mr. Johnson again seeking that Andela correct the past, inaccurate financial reports. He wrote that "[A]ndela [S]eries [E] related valuations were based, in part, upon the company's financials. [B]ecause of irregularities, significant deficiencies, and material weaknesses, misallocations, incorrectly calculated gross profit margins, etc., those financials may have overstated the company's then condition."

173.    Dr. Tizes went on to explain that if a new, accurate 409A valuation was used, it would reflect a lower common stock value and, as such, a lower "[A]ndela equity component of consideration at closing."

174.    Dr. Tizes reiterated and stressed: "[I] advise that a supplemental disclosure of these and related issues from [A]ndela to [Q]ualified before closing is prudent and correct."

175.    Ultimately, the new CFO presented the Qualified deal to the Board committee on January 17, 2023, using updated financials. Dr. Tizes was not part of that January 17, 2023 presentation.

176.     Dr. Tizes did not calculate the updated financials himself. Dr. Tizes was no longer the CFO in December or January 2023. Although Dr. Tizes worked hard to fix Andela's broken finance and accounting systems, with the goal of producing reliable and accurate revenue and profit statements, Dr. Tizes has no knowledge of whether the financial reports ultimately presented to the Board on January 17, 2023 were reliable or not.

177.     The Qualified deal closed in March 2023.

178.     Andela's Directors and executives knowingly demanded that Dr. Tizes use false or materially misleading financial documents to facilitate the acquisition of Qualified. Dr. Tizes refused. This demand for fraudulent misrepresentation was designed to secure deal approval under false pretenses, demonstrating willful misconduct in connection with M&A activity.

### III.     Dr. Tizes Reports Andela's Securities Law Violations to the SEC and Informs Andela's CEO

179.     In approximately late December 2022 and January 2023, following the disastrous Qualified Board presentation, it became clear to Dr. Tizes that Andela's Board was never going to correct the false financial statements and forecasts the company provided to investors during its Series E. Dr. Tizes had raised the issue numerous times, both in person and in writing, and Andela had failed to address it. When Dr. Tizes raised the issue at the Board Committee meeting to present the Qualified acquisition, he was publicly ridiculed. To make matters worse, Board member Alex Finkelstein was clearly determined to use historical financial statements and forecasts, and the inflated gross revenue and gross profit margin numbers they contained, to his financial advantage, even though he knew or should have known that these numbers were false.

180.     The debacle surrounding the Qualified acquisition had made it plain to Dr. Tizes that he could not trust the Board, and that the only way that they would ever correct these errors is if the government were involved. Andela had expressly prohibited him from disclosing to Qualified that Andela's valuation was based on inaccurate financial statements and projections or that Andela's historical financial statements were inaccurate.

181.    On February 6, 2023, Dr. Tizes reported Andela's violations of the securities laws to the SEC.

182.    Dr. Tizes submitted a complaint to the SEC via a TCR form, one of the accepted means of reporting to the SEC to trigger whistleblower protections. 17 C.F.R. § 240.21F-9(a).

183.    At that point, Dr. Tizes knew that Andela's various aberrant practices, *see supra* ¶ 88, had enabled the company to vastly overstate its profitability to Series E investors. This inaccurate data also formed the basis of Andela's 409A valuation.

184.    In his TCR, Dr. Tizes wrote, *inter alia*, "Upon information and belief, Andela misstated gross profit margin, including in representations of gross profit margin to existing and potential investors, resulting in incorrect, misleading and/or incomplete statements about Andela's finances. . . . Upon information and belief, current and likely some past 409A valuations were based, in part, upon incorrectly reported financial performance and unreliable forecasts. Upon information and belief, Andela contemplates and has contemplated making acquisition(s) using cash and Andela equity, with Andela valuation based, at least in part, upon earlier completed series valuations and marketplace transactions."

185.    Dr. Tizes scheduled a meeting with Mr. Johnson for February 10, 2023.

186.    On February 9, 2023, Dr. Tizes emailed Mr. Johnson with an agenda for their meeting.

187.    In the email, Dr. Tizes stated, among his list of concerns, that the "[A]ndela [S]eries [E] related valuations were based, in part upon the company's financials," but "because of irregularities, significant deficiencies and material weaknesses, misallocations, incorrectly calculated gross profit margins, etc., those financials may have overstated the company's then condition."

188.    On February 10, 2023, Dr. Tizes met Mr. Johnson at his home.

189.    Dr. Tizes told Mr. Johnson that he was unhappy with his treatment during the December 2022 meeting and had made a report to the SEC.

190.    Dr. Tizes expressed his frustration with Andela for failing to correct its financial documents with investors and business partners, particularly Qualified, despite his repeated urging for over a year that they do so.

191.    Dr. Tizes expressed his frustration with being continually pressured, particularly by Board Member Alex Finkelstein, to use false, incorrect, and/or unsubstantiated financials.

192.    Mr. Johnson reassured Dr. Tizes. He promised that Andela would operate correctly going forward and would go back and correct the inaccurate financials. Mr. Johnson thanked Dr. Tizes for his work at Andela and particularly in the Finance department.

193.    Dr. Tizes hoped that the report to the SEC and subsequent conversation with Mr. Johnson would inspire change at Andela. He was wrong.

### IV.    Andela Retaliates Against Dr. Tizes and Terminates Him

194.    It soon became clear that Andela wanted Dr. Tizes out of the company.

195.    By April 2023, Dr. Tizes was excluded from decision-making and high-level meetings with the CEO and Andela's newly appointed Chief Business Officer, Tony Capasso.

196.    On April 27, 2023, Dr. Tizes received an email from Andela's in-house counsel, Shahzadi Ahmed. Ms. Ahmed attached a letter purportedly prepared by Chief People Officer Vitri Bhandari, although it was unsigned. The letter purported, upon Dr. Tizes' acceptance, to convert him to a part-time employee as of May 1, 2023, and then terminate his employment on December 31, 2023.

197.    On April 28, 2023, Dr. Tizes received a revised email from Ms. Ahmed requiring that he sign a general release.

198.    In or around that same time, Ms. Ahmed verbally asked Dr. Tizes to sign a general release and nondisclosure agreement.

199.    Dr. Tizes refused to sign either the release or the nondisclosure agreement.

200.    In or around July 2023, CEO Johnson called Dr. Tizes to attempt to persuade him to sign the general release and agree to the terms.

201.    Dr. Tizes refused.

202.    Shortly thereafter, all of Dr. Tizes' electronic access to Andela systems abruptly ended.

203.    On July 13, 2023, Andela officially terminated Dr. Tizes.

204.    He was not offered a severance package.

205.    Upon his departure, Mr. Johnson told Dr. Tizes that he had no discretion and was left with no choice: Board Member Alex Finkelstein had demanded that Dr. Tizes be fired.

206.    Dr. Tizes warned Mr. Johnson given the unethical culture of the Andela Board, it was inevitable that Mr. Johnson would be targeted as well.

207.    Dr. Tizes was right. Several months later, in or around February 2024, Mr. Johnson—Andela's co-founder and CEO—was fired from his position as CEO by the Board.

208.    Around that same time, after months of silence, Mr. Johnson reached out to Dr. Tizes.

209.    Mr. Johnson texted Dr. Tizes: "in other news . . . you were right."

**V.    Dr. Tizes' Protected Activity Was Directly Because of His SEC Reporting**

210.    Dr. Tizes' abrupt termination, just months after he had reported Andela's incorrect financials to the Board and to the SEC, was because of his whistleblowing.

211.    Dr. Tizes had received exemplary performance reviews leading up to his SEC report.

212.    In late February 2022, shortly after assuming the role of acting CFO, Dr. Tizes received an exemplary 2021 End of Year Review.

213.    Mr. Johnson praised Dr. Tizes as "the smartest person in any room," "a valuable addition to the team," "a tireless contributor," and a "strong thought partner."

214.    Mr. Johnson wrote that Dr. Tizes was "the person I can most count on after I ask a question like, 'how can we expand our presence in Latin America?' to come back with an itemized list of how we could approach the problem ranked by complexity and speed."

215.    Mr. Johnson praised Dr. Tizes' role as interim CFO: "When our CFO stepped down in Q4 to start a company, [Dr. Tizes] was able to jump in and help hold things together across the financial and legal world."

216.    Mr. Johnson wrote that he was "impressed" that, on top of his existing workload, as interim CFO Dr. Tizes "took on all FP&A, Controller, and Legal as interim head of finance."

217.    Mr. Johnson wrote that he was "very impressed with [Dr. Tizes'] performance and feel very fortunate to have him on our team."

218.    Mr. Johnson gave Dr. Tizes ratings of "Exceeds expected impact" for Dr. Tizes' Business Impact Rating and Values Rating.

219.    In December 2022, other Andela employees besides Mr. Johnson completed a 360-degree review of Dr. Tizes' performance.

220.    Stephanie George, Andela's People Organization, wrote that Dr. Tizes "believes in Andela and is truly one of its biggest fans. He wants Andela to succeed and wants the people here to achieve that. You can see and feel that when you speak to him."

221.    Ms. George wrote that Dr. Tizes "is not afraid to get his hands dirty and dig into issues to get each function where they should be. A great example is FP&A where he jumped right in when he understood there was an issue."

222.    Ms. George "could not ask for a better partner in [Dr. Tizes]."

223.    Alvaro Oliveira, Andela's head of Talent, wrote that Dr. Tizes was "of tremendous help and support for me and Andela in so many ways," was "an amazing strategic advisor and coach."

224.    Among the more than ten specific areas of positive feedback Mr. Oliveira detailed, he emphasized that Dr. Tizes "was the first to push finance and the business to come up with a list of common metrics to be measured and used as a way to drive the business forward, this was the first push towards having a clearer picture [of] business acquisitions and the cost connected to them."

225.    Mr. Oliveira concluded, "Thank you for your support and what you do for me and Andela. You are one of the few people here that really seeks to understand Andela end-to-end and with that knowledge [are] able to have tremendous impact at the entire company."

226.    Michael Davitt, Global Controller, praised Dr. Tizes' efforts to improve Finance, "driving improvements across a number of process areas." He praised Dr. Tizes as "[a] valued colleague."

227.    Mr. Johnson's 2022 year-end review of Dr. Tizes was likewise excellent.

228.    Mr. Johnson wrote that Dr. Tizes was "a consistently strong performer throughout 2022," and that his "positive impact on the organization has been massive."

229.    Mr. Johnson wrote that Dr. Tizes was "able to help us stay on track, reduce costs, and to be aware of our options. I believe he was better equipped to handle that than anyone else on the senior team."

230.    Mr. Johnson wrote this evaluation after Dr. Tizes had provided his own self-review.

231.    In Dr. Tizes' self-review, he listed as some of his key achievements: "identified incorrect absolute and relative gross profit margin calculations," "reported to CEO," "supervised correct COGS analysis," and "restructured FP&A" among other things.

232.    Dr. Tizes was, on information and belief, the only employee to receive his full bonus at the end of 2022, and, on information and belief, was given the relatively highest employee bonus in the company for that time. Andela sent out a company-wide email indicating that employees would not be receiving their full bonus that year—but Dr. Tizes did receive his.

233.    Andela's documentation of Dr. Tizes' performance and the compensation awarded to him prior to his SEC reporting reflected that Dr. Tizes was one of Andela's most valuable employees.

234.    As late as February 8, 2023, two days after Dr. Tizes filed his complaint with the SEC on February 6, 2023, but two days *before* Dr. Tizes informed Mr. Johnson he had made this complaint, Andela completed a form at Dr. Tizes' request for an outside mortgage lender, and indicated "Yes" in a box for "Probability of Continued Employment."

235.    Despite these exemplary reviews and demonstrated commitment to Dr. Tizes' compensation and long-term retention at Andela, Andela sought to push Dr. Tizes out of the company in April 2023, two months after he reported to the SEC, and summarily terminated him that July when he refused to sign a release and NDA.

## VI.    DAMAGES

236.    Dr. Tizes is entitled to damages amounting to tens of millions of dollars.

237.    Dr. Tizes' base salary and bonus amounted to $285,000 per year.

238.    However, the bulk of Dr. Tizes' compensation was in options to purchase Andela stock. The large initial option grant and promise of periodic additional option grants were determinative in Dr. Tizes' decision to return to Andela in 2021.

239.    Because of Andela's termination, Dr. Tizes lost 310,046 options he was granted while employed from 2021-2023.

240.    Based on his conversation with CEO Johnson upon his return to the company that he would be awarded additional options from time to time as additional compensation, and based on Dr. Tizes' praise as a high-performing employee, Dr. Tizes would have been awarded additional option grants had he not been unlawfully terminated by Andela. Based on the additional option grants he was awarded during his roughly two years employed at Andela from 2021 to 2023 and the rate at which those options were awarded, Dr. Tizes expected to be granted at least an additional 100,000 options per year.

241.    On information and belief, Andela was and is intending to go public. Had Dr. Tizes not been terminated, he would have owned many hundreds of thousands of options to purchase shares of Andela stock. On information and belief, the share price would be many multiples of the exercise price.

242.    Under Dodd Frank and the New York Labor Law, Dr. Tizes is entitled to double back pay (including the value of the options) with interest, front pay in lieu of reinstatement, punitive damages, a $10,000 civil penalty, attorneys' fees, expert witness fees, and costs.

### FIRST CAUSE OF ACTION
### Defendant Andela, Inc.
### (Unlawful Retaliation Pursuant to the Dodd-Frank Act, 15 U.S.C. § 78u-6)

243.    Dr. Tizes repeats and re-alleges the allegations contained in the preceding paragraphs of this Complaint as if fully set forth therein.

244.    The 2010 Dodd-Frank Wall Street Reform and Consumer Protection Act, 124 Stat. 1376 ("Dodd-Frank") protects certain categories of whistleblowers. Dodd-Frank defines "whistleblower" as "any individual who provides . . . information relating to a violation of the securities laws to the [Securities Exchange] Commission, in a manner established, by rule or regulation, by the Commission." 15 U.S.C. § 78u-6(a)(6).

245.    Dr. Tizes is a whistleblower under this definition.

246.    Dr. Tizes provided information relating to a violation of the securities laws to the Securities Exchange Commission.

247.    Dr. Tizes provided information to the SEC in a form established by SEC regulations: he submitted a TCR online using the SEC's website. 17 C.F.R. § 240.21F-9(a).

248.    The information Dr. Tizes provided to the SEC, including that Andela provided fraudulent financial reports and projections to its investors in its Series E and refused to correct those financial reports and projections (or Andela's 409A valuation based upon the same) after learning the reports were false, is information that Dr. Tizes had a "reasonabl[e] belie[f] . . . relate[d] to a possible violation of the federal securities laws," 17 C.F.R. § 240.21F-2(d)(1)(ii), specifically Section 10(b) of the Securities Exchange Act of 1934, 15 U.S.C. § 78j(b) (making it unlawful " to use or employ, in connection with the purchase or sale of any security registered on a national securities exchange or any security not so registered, any manipulative or deceptive device or contrivance in contravention of such rules and regulations as the [SEC] may prescribe"), and SEC Rule 10b-5, 17 C.F.R. § 240.10b-5 (making it unlawful, *inter alia*, to "make any untrue statement of a material fact or to omit or state a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading . . . in connection with the purchase or sale of any security").

249.    At all times relevant, Andela was Dr. Tizes' "employer" within the meaning of 15 U.S.C. § 78u-6.

250.    Andela knew that Dr. Tizes had reported to the SEC. Dr. Tizes informed Andela CEO Jeremy Johnson of his report.

251.    Andela took adverse actions against Dr. Tizes. Andela sought to reduce Dr. Tizes' workload and eventually terminate his employment and demanded that Dr. Tizes sign a general release and nondisclosure agreement two months after his report to the SEC. When Dr. Tizes refused to sign the release and nondisclosure agreement, Andela summarily terminated him without severance.

252.    Andela discharged Dr. Tizes "because of [a] lawful act done by the whistleblower," Dr.

Tizes, in violation of 15 U.S.C. § 78u-6(h).

253.    Regardless of whether Andela discharged Dr. Tizes because of his report to the SEC or

his internal reporting, Dr. Tizes is protected under the Dodd Frank Act. *Digital Realty Trust v. Somers*,

583 U.S. 149, 165 (2018) ("[An] employee can recover under the statute without having to demonstrate

whether the retaliation was motivated by the internal report . . . or by the SEC disclosure . . . .").

254.    As a result of Andela's actions, Dr. Tizes has suffered damages, including but not limited

to lost earnings, lost options, and loss of his position at Andela. Under Dodd-Frank, Dr. Tizes is entitled

to double back pay.

**SECOND CAUSE OF ACTION**
**Defendant Andela, Inc.**
**(Unlawful Retaliation Pursuant to New York Labor Law § 740)**

255.    Dr. Tizes repeats and re-alleges the allegations contained in the preceding paragraphs of

this Complaint as if fully set forth therein.

256.    New York Labor Law § 740 prohibits an employer from taking "any retaliatory action

against an employee, whether or not within the scope of the employee's duties, because such employee,"

*inter alia* "discloses . . . to a supervisor or to a public body an activity, policy or practice of the employer

that the employee reasonably believes is in violation of law, rule, or regulation."

257.    At all times relevant, Andela was Dr. Tizes' employer within the meaning of New York

Labor Law § 740.

258.    Dr. Tizes disclosed to both his supervisor, Mr. Johnson, and to the SEC that Andela had

provided false financial statements and forecasts and reports to investors in its Series E round and refused

to correct them.

259.    This activity is one that Dr. Tizes reasonably believed was in violation of the Securities

Laws, specifically Section 10(b) of the Securities Exchange Act of 1934, 15 U.S.C. § 78j(b), and SEC

Rule 10b-5, 17 C.F.R. § 240.10b-5.

260.    Andela took retaliatory action against Dr. Tizes. Andela sought to reduce Dr. Tizes' workload and eventually terminate his employment, and demanded that Dr. Tizes sign a general release and nondisclosure agreement two months after his report to the SEC. When Dr. Tizes refused to sign the release and nondisclosure agreement, Andela summarily terminated him without severance.

261.    Andela took these adverse actions against Dr. Tizes because of his report to the SEC and/or internally to CEO Jeremy Johnson and members of the Andela Board.

262.    As a result of Andela's actions, Dr. Tizes has suffered damages, including but not limited to lost earnings, lost options, and loss of his position at Andela.

WHEREFORE, Plaintiff respectfully requests judgment against Defendant as follows:

a.    Awarding compensatory damages to make Plaintiff whole, including but not limited to double back pay with interest, 15 U.S.C. § 78u-6(h)(1)(C)(ii);

b.    Awarding front pay in lieu of reinstatement, 15 U.S.C. § 78u-6(h)(1)(C)(i), NYLL § 740(5)(b);

c.    Awarding Plaintiff reasonable attorneys' fees, expert witness fees, and costs pursuant to 15 U.S.C. § 78u-6(h)(1)(C)(iii), NYLL § 740(5)(e);

d.    Awarding Plaintiff a civil penalty of $10,000, NYLL § 740(5)(f);

e.    Awarding Plaintiff punitive damages in an amount to be determined at trial, NYLL § 740(5)(g);

f.    For such other and further relief as the Court deems just and proper.

Dated:  October 14, 2025
         New York, New York

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP


*/s/ Ilann M. Maazel*
Ilann M. Maazel
Laura S. Kokotailo

One Rockefeller Plaza, 8th Floor
New York, New York 10020

31

(212) 763-5000

*Attorneys for Plaintiff Bruce Tizes*