# Katten

50 Rockefeller Plaza
New York, NY 10020-1605
+1.212.940.8800 tel
katten.com

JONATHAN ROTENBERG
jonathan.rotenberg@katten.com
+1.212.940.6405 direct

October 24, 2025

**VIA ECF**

The Honorable Ronnie Abrams
U.S. District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Bruce Tizes v. Andela, Inc.*, No. 1:25-cv-08481 (RA)

Dear Judge Abrams,

We represent Defendant Andela, Inc. ("Defendant") in the above-captioned action. We write jointly on behalf of Defendant and Plaintiff Bruce Tizes ("Plaintiff"), pursuant to Rule 1(D) of Your Honor's Individual Rules & Practices, to respectfully request an extension of the deadline for Defendant to respond to the Complaint, filed October 14, 2025 (Dkt. 1), and for entry of a briefing schedule in connection with Defendant's anticipated motion to dismiss. Although the deadline under the Federal Rules to respond to the Complaint is November 4, 2025, the parties have conferred and agreed, subject to the Court's approval, to the following briefing schedule:

> Defendant's Response Deadline:  November 26, 2025
> Plaintiff's Opposition Deadline:  January 9, 2026
> Defendant's Reply Deadline:  February 12, 2026

The parties have not previously requested any extension in this matter.

Accordingly, the parties respectfully request that the Court grant their request for extensions of the deadlines to file and brief Defendant's forthcoming motion to dismiss, and order the schedule proposed above. We are available to answer any questions the Court may have.

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
October 27, 2025

Respectfully submitted,

*/s/ Jonathan Rotenberg*

Jonathan Rotenberg

KATTEN MUCHIN ROSENMAN LLP
CHARLOTTE   CHICAGO   DALLAS   LOS ANGELES   NEW YORK
ORANGE COUNTY   SHANGHAI   WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP