UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRUCE TIZES,

                     Plaintiff,

          v.

ANDELA, INC.,

                     Defendant.

No.  25-CV-8481 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On consent of the parties, discovery is hereby stayed and the initial pre-trial conference previously scheduled for December 19, 2025 is adjourned *sine die*.

Plaintiff further seeks to strike Defendant's letter motion from the docket on the basis that it contains confidential settlement information.  *See* Plaintiff's Letter, Dkt. No. 23.  No later than December 16, 2025, the parties shall, as set forth in Rule 5(A) of this Court's Individual Rules & Practices in Civil Cases, jointly propose redactions to Defendant's letter motion that are narrowly tailored to protect any confidential settlement information.  *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006) (holding that "sealing of . . . documents may be justified only with specific, on-the-record findings that sealing is necessary to preserve higher values and . . . narrowly tailored to achieve that aim").  Until the Court rules on the parties' request, the Clerk of Court shall make Defendant's letter motion (Dkt. No. 21) temporarily visible only to parties.

SO ORDERED.

Dated:    December 9, 2025
          New York, New York

_____

Hon. Ronnie Abrams
United States District Judge