Application granted. The Clerk of Court is respectfully directed to place Exhibit 14 filed at Dkt. 38-14 under seal.

SO ORDERED.

_____

Hon. Ronnie Abrams
February 5, 2026

# Katten

**50 Rockefeller Plaza**
**New York, NY  10020-1605**
**+1.212.940.8800 tel**
**katten.com**

JONATHAN ROTENBERG
jonathan.rotenberg@katten.com
+1.212.940.6405 direct
+1.212.940.8776 fax

February 3, 2026

Hon. Ronnie Abrams
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:    ***Bruce Tizes v. Andela Inc.*, No. 1:25-cv-08481(RA)**

Dear Judge Abrams,

Our firm represents Defendant Andela Inc. ("Andela") in the above-captioned action. It has come to our attention that Exhibit 14 to the Declaration of Jonathan A. Rotenberg in support of Andela's Motion to Dismiss the Amended Complaint (Dkt. 38-14) inadvertently included Plaintiff's home address. Andela respectfully requests that the Court place Exhibit 14 under seal and grant Andela leave to file a redacted public version of Exhibit 14, attached herewith, which contains redactions applied in accordance with Rule 5.A.i. of this Court's Individual Rules of Practice. Andela is submitting this request with Plaintiff's consent.

Respectfully submitted,

*/s/ Jonathan A. Rotenberg*

Jonathan A. Rotenberg

cc: All counsel of record via ECF