UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRUCE TIZES,

Plaintiff,

v.

ANDELA INC.,

Defendant.

25-CV-8481 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

As discussed at today's conference, the parties will adhere to the following briefing schedule regarding Plaintiff's motion to stay discovery on Defendant's counterclaims: Plaintiff shall file a letter motion to stay discovery no later than November 30, 2026; Defendant shall file a response no later than December 4, 2026.

SO ORDERED.

Dated: November 20, 2026
New York, New York

Ronnie Abrams
United States District Judge